John M. Desmarais (CA SBN 320875)
jdesmarais@desmaraisllp.com
Marie Delzell (CA SBN 367393)
mdelzell@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415)-573-1900
Facsimile: (415)-573-1901

*Counsel for Plaintiff Apple Inc.*

Fred I. Williams (*pro hac vice*)
Lea N. Brigtsen (*pro hac vice*)
Stephen R. Dartt (CA SBN 247552)
WILLIAMS SIMONS LANDIS PC

Eric Carr (CA SBN 333128)
BUNSOW DE MORY LLP

*Counsel for Defendant Cloud Controls LLC*

**Additional Counsel Listed On Signature Page**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUD CONTROLS LLC, <br><br> Defendant. | Case No. 5:26-cv-01510-PCP <br><br> **JOINT STIPULATION REGARDING CASE SCHEDULE AND ADR PROCESS AND [PROPOSED] ORDER** |

Pursuant to the Court's June 4, 2026 Order, Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendant Cloud Controls LLC ("Cloud Controls" or "Defendant") (collectively, "the Parties") have met and conferred and hereby submit this Joint Stipulation Regarding Case Schedule and ADR Process.

**1. ADR Process**

The parties have agreed to proceed with private mediation and have agreed to mediate with Stephanie Chow.  As also identified in the proposed schedule below, the parties have agreed to conduct the mediation by May 3, 2027, approximately two months after the parties' proposed date for the claim construction hearing.

**2. Scheduling**

The Parties have reached agreement on the dates in the proposed case schedule set forth below.

1

JOINT STIPULATION REGARDING CASE SCHEDULE AND
ADR PROCESS AND [PROPOSED] ORDER

CASE NO. 5:26-cv-01510-PCP

- Hearing on Cloud Controls' motions to dismiss and to transfer: July 9, 2026

- Deadline to amend pleadings: 21 days after service of the last responsive pleading

- Cloud Controls' disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1 & 3-2): August 24, 2026

- Apple's disclosure of Invalidity Contentions (Patent L.R. 3-3 & 3-4):[1] October 8, 2026 (45 days after service of Infringement Contentions)

- Exchange of Proposed Terms for Construction: October 22, 2026 (14 days after service of Invalidity Contentions)

- Exchange of Preliminary Claim Construction and Extrinsic Evidence: November 12, 2026 (21 days after exchange of proposed terms)

- Disclosure of Damages Contentions: December 4, 2026 (>50 days after service of Invalidity Contentions)

- Joint Claim Construction and Prehearing Statement and Expert Reports: December 7, 2026 (60 days after service of the Invalidity Contentions)

- Completion of Claim Construction Discovery: January 11, 2027 (adjusted due to the Christmas and New Year's holiday period)

- Disclosure of Responsive Damages Contentions: January 11, 2027 (adjusted due to the Christmas and New Year's holiday period)

- Deadline to file Opening Claim Construction Brief: January 21, 2027 (45 days after service and filing of the Joint Claim Construction and Prehearing Statement)

- Deadline to file Responsive Claim Construction Brief: February 4, 2027 (14 days after filing and service of opening claim construction brief)

- Deadline to file Claim Construction Reply Brief: February 11, 2027 (7 days after service and filing of responsive claim construction brief)

- Tech Tutorial: February 25, 2027 (one week before the Claim Construction Hearing)

---

[1] To the extent applicable.

2

**JOINT STIPULATION REGARDING CASE SCHEDULE AND ADR PROCESS AND [PROPOSED] ORDER**

CASE NO. 5:26-cv-01510-PCP

- Claim Construction Hearing: March 4, 2027 (21 days following submission of final claim construction brief)
- Damages Contentions Meeting: March 12, 2027 (60 days after service of Responsive Damages Contentions)
- Deadline for party relying on advice of counsel to make Local Patent Rule 3-7 disclosures: 30 days after service by the Court of its Claim Construction Ruling, as set forth in Patent L.R. 3-7
- Deadline for the Parties to Participate in Private Mediation: May 3, 2027 (60 days after the Claim Construction Hearing)
- Close of fact discovery: June 4, 2027 (12 months after the Initial Case Management Conference)
- Deadline to disclose the identity of experts and initial reports on which the party bears the burden of proof: July 9, 2027 (five weeks after close of fact discovery)
- Deadline to disclose the identity of rebuttal experts and rebuttal reports: August 20, 2027 (six weeks after initial expert disclosures)
- Close of expert discovery: October 1, 2027 (six weeks after rebuttal reports)

The Parties have not reached agreement on the dates set forth below.

**Apple's position:**

- Deadline to meet and confer on dispositive and *Daubert* motions: October 18, 2027
- Deadline to file dispositive and *Daubert* motions: November 1, 2027 (one month after close of expert discovery)
- Trial-setting conference: February 29, 2028 (120 days after the filing of dispositive and *Daubert* motions)

Although Apple provided a draft of the Joint Stipulation with its proposed dates on June 12 and the parties conferred on June 16, Cloud Controls only alerted Apple a few hours before this stipulation was to be filed that the reason it sought to depart from Apple's proposed dates was due to its future "obligations" in the other cases mentioned below. Apple is certainly amenable to

3

**JOINT STIPULATION REGARDING CASE SCHEDULE AND ADR PROCESS AND [PROPOSED] ORDER**

CASE No. 5:26-cv-01510-PCP

working with Cloud Controls to avoid any conflicts that may arise. But given that: (1) Cloud Controls' "obligations" concern dates 16–21 months in the future; (2) Cloud Controls' conflicts appear to be a potential February 7, 2028 trial that does not seem to conflict with Apple's proposed February 29, 2028 trial-setting conference; and (3) case schedules (including trial dates) often change in the Eastern District of Texas—Apple submits that the Court should adopt Apple's proposed dates and the parties can work around any potential conflicts at an appropriate time if those conflicts remain.

**Cloud Controls' position:**

Cloud Controls provides minor deviations to the dates proposed by Apple due to obligations of Cloud Control's counsel in other cases with a scheduling order already in place.

- Deadline to meet and confer on dispositive and *Daubert* motions: October 25, 2027 (one week after Apple's proposed date)
- Deadline to file dispositive and *Daubert* motions: November 22, 2027 three weeks after Apple's proposed date)
- Trial-setting conference: March 28, 2028 four weeks after Apple's proposed date)

Cloud Controls provided its proposed dates to Apple on June 15. The conflicts are based on deadlines in the Carrier Cases in the Eastern District of Texas, which Apple is aware of given that it attached the docket control order as an exhibit to its opposition to Cloud Control's pending motion to transfer in this case. *See* Dkt. 57, Ex. 2 (Dkt. 57-3).

4

**JOINT STIPULATION REGARDING CASE SCHEDULE AND ADR PROCESS AND [PROPOSED] ORDER**

CASE No. 5:26-cv-01510-PCP

Dated: June 18, 2026

*/s/ Cosmin Maier*
**DESMARAIS LLP**
John M. Desmarais (CA SBN 320875)
jdesmarais@desmaraisllp.com
Marie Delzell (CA SBN 367393)
mdelzell@desmaraisllp.com
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415)-573-1900
Facsimile: (415)-573-1901

Cosmin Maier (*pro hac vice*)
cmaier@desmaraisllp.com
Michael Hilyard (*pro hac vice*)
mhilyard@desmaraisllp.com
Ido Sadeh (*pro hac vice*)
isadeh@desmaraisllp.com
230 Park Avenue, 26th Floor
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

*Counsel for Plaintiff Apple Inc.*

*/s/ Fred I. Williams*
**WILLIAMS SIMONS & LANDIS PC**
Fred I. Williams (*pro hac vice*)
fwilliams@wsltrial.com
Lea N. Brigtsen (*pro hac vice*)
Lbrigtsen@wsltrial.com
Stephen R. Dartt (CA SBN 247552)
sdartt@wsltrial.com
The Littlefield Building
106 East 6th Street, Suite 900-168
Austin, TX 78701-3665
Telephone: (512) 543-1538

**BUNSOW DE MORY LLP**
Eric R. Carr (CA SBN 333128)
ecarr@bdiplaw.com
701 El Camino Real
Redwood City, CA 94063
Tel: (415) 426-4728

*Attorneys for Defendant Cloud Controls LLC*

5

**JOINT STIPULATION REGARDING CASE SCHEDULE AND
ADR PROCESS AND [PROPOSED] ORDER**

CASE No. 5:26-cv-01510-PCP

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: June 18, 2026                                      /s/ *Cosmin Maier*
                                                         Cosmin Maier

6

**JOINT STIPULATION REGARDING CASE SCHEDULE AND**                        CASE No. 5:26-cv-01510-PCP
**ADR PROCESS AND [PROPOSED] ORDER**